IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA C. SAMUELIAN,

    Plaintiff,                      No. 2:12-cv-03014 TLN JFM

    vs.

UNITED STATES TREASURY,
INTERNAL REVENUE SERVICE,

    Defendant.                  ORDER TO SHOW CAUSE

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed December 17, 2012, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed December 14, 2012, and plaintiff has not yet served defendant with summons.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall show cause, in writing, within ten days from the date of this order, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m); and

1

1       2.  The status conference, set for June 12, 2013, is vacated.

Dated: June 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

samu3014.OSC.4M