IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA C. SAMUELIAN,

     Plaintiff,                        No. 2:12-cv-03014 TLN JFM

     vs.

UNITED STATES TREASURY,
INTERNAL REVENUE SERVICE,

     Defendant.                     FINDINGS AND RECOMMENDATIONS

                            /

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed December 17, 2012, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed December 14, 2012, and plaintiff has not yet served defendants with summons.

/////

/////

/////

/////

1

1  An order was filed June 3, 2013, directing plaintiff to show cause why this action
2  should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m).
3  Plaintiff has not responded to the order to show cause.[1]

4  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

5  These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
7  days after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
10 objections shall be filed and served within fourteen days after service of the objections.  The
11 parties are advised that failure to file objections within the specified time may waive the right to
12 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

samu3014.osc4m.57

---

[1] The court notes plaintiff filed miscellaneous documents including ten stale dated money orders on June 11, 2013.  However, these documents were returned to plaintiff as unfiled.  Moreover, they were non-responsive to the court's order to show cause which directed plaintiff to show cause why this action should not be dismissed for failure to comply with Fed. R. Civ. P. 4(m).