UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. SAMUELIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES TREASURY,<br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | No.  2:12-cv-03014 TLN JFM<br><br><br><u>ORDER</u> |

On July 22, 2013, plaintiff, proceeding pro se, filed a document styled as a request to return her tax payment. ECF No. 11. It appears that the document is intended for the State of Arizona. Therefore, the Clerk of the Court is directed to return the document to plaintiff.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court return plaintiff's July 22, 2013, request (ECF No. 11).

Dated: August 7, 2013

                                                                         CAROLYN K. DELANEY<br>
                                                                         UNITED STATES MAGISTRATE JUDGE

samu3014.req

---

[1] It is unclear to the court if plaintiff is requesting the court to return additional documents to her. To the extent plaintiff requests the court to return documents it received on June 11, 2013, plaintiff is advised that the Clerk of the Court has already returned these documents as unfiled. <u>See</u> ECF No. 9.

1